UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TERRY FRANKLIN, )<br>                 Plaintiff, )<br>v. )<br>CITIMORTGAGE, INC., )<br>                 Defendant. ) | ) Case No. 1:11-CV-608<br>)<br>) District Judge Sandra Beckwith<br>)<br>) Magistrate Judge Karen L. Litkovitz<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Terry Franklin ("Plaintiff") and Defendant CitiMortgage, Inc. ("Defendant") hereby stipulate to: (1) the dismissal of Plaintiff's individual claims against Defendant with prejudice; and (2) the dismissal of the class allegations in the First Amended Class Action Complaint without prejudice. Each party shall bear its own costs and fees.

Dated: January 2, 2013           Respectfully submitted,

                                          By:   /s/ Timothy C. Sullivan
                                                  One of the Attorneys for Plaintiff
                                                  Terry Franklin
                                                  Timothy C. Sullivan (0031069)
                                                  Taft Stettinius & Hollister LLP
                                                  425 Walnut Street, Suite 1800
                                                  Cincinnati, OH 45202-3957
                                                  (513) 381-2838
                                                  (513) 381-0205 (facsimile)
                                                  sullivan@taftlaw.com

                                          By:   /s/ Debra Bogo-Ernst
                                                  One of the Attorneys for Defendant
                                                  CitiMortgage, Inc.
                                                  Lucia Nale
                                                  Debra Bogo-Ernst

13225499.1

Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
(312) 706-8663 (facsimile)
lnale@mayerbrown.com
dernst@mayerbrown.com

Kara A. Czanik (0075165)
Graydon Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202-3157
(513) 629-2746
(513) 651-3836 (facsimile)
kczanik@graydon.com